UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| COREY A. HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:16-cv-00649-MHL |
| | ) |
| ADAM M. MOORE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Corey Howell, along with Defendants Adam M. Moore, Russell M. Granderson, Gary T. Bailey, Sean D. Retter, Matthew R. Dunn, Police Officer John Doe (Collectively "Defendants") jointly stipulate as follows:

1) The Parties have settled all disputes arising from the above-referenced litigation;

2) All of Plaintiff's claims against the Defendants in this matter are dismissed with prejudice;

3) Each party bears their own costs and attorney's fees incurred in this action;

4) Jurisdiction will remain with this Court to enforce the Memorandum of Understanding Regarding Settlement Agreement, and

5) The Parties jointly request a final order of this Court to confirm this stipulation and to conclude this litigation.

FOR THE DEFENDANTS:

/s/ Julie Seyfarth
Julie A. C. Seyfarth, Esq. (VSB # 46207)
Senior Assistant County Attorney
P. O. Box 40
Chesterfield, VA 23832-0040
Ph:   (804) 748-1491
Fax:  (804) 706-2615
seyfathj@chesterfield.gov

FOR THE PLAINTIFF:

/s/ Timothy P. Bosson
Timothy P. Bosson (VSB # 72746)
Bosson Legal Group, PC
823-c S King St
Leesburg, VA 20175
Ph:   (571) 438-9513
Fax:  (202) 380-0486
tbosson@bossonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2018, a true and exact copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

> Jeffrey L. Mincks, VSB #18317
> County Attorney
> Julie A. C. Seyfarth, VSB #46207
> Senior Assistant County Attorney
> Andrew J. Fulwider, VSB # 83905
> Assistant County Attorney
> P. O. Box 40
> Chesterfield, VA 23832-0040
> Telephone:   (804) 748-1491
> Facsimile:   (804) 706-2615
> mincksj@chesterfield.gov
> seyfathj@chesterfield.gov
> fulwidera@chesterfield.gov
> *Counsel for Defendants*

> /s/*Timothy P. Bosson*
> Timothy P. Bosson, Esq.
> Bosson Legal Group, PC